

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>DONNELLY v. WOLF RECORDS, et al. | **08CV1256**<br>**JUDGE NORGLE**<br>**MAG. JUDGE ASHMAN** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PLAINTIFF, KEVIN M. DONNELLY

FILED
MAR 03 2008
MAR - 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| SCOTT A. ANDRESEN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Scott A M |
| FIRM |
| ANDRESEN & ASSOCIATES, P.C. |
| STREET ADDRESS |
| 655 West Irving Park Road, Suite 3812 |
| CITY/STATE/ZIP |
| Chicago, IL 60613 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>IL ARDC No. 6269335 | TELEPHONE NUMBER<br>(773) 572-6049 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐