AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OF DETERMINATION OF AN ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C 508, you are hereby advised that a court action appeal has been filed on the following copyright(s):

| [ X ] ACTION     [ ]APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>Northern District of Illinois<br>219 South Dearborn Street, 20th Floor<br>Chicago, Illinois 60604 |
|---|---|
| **DOCKET NO.** 08CV1256 / **DATE FILED** 03/03/2008 | |
| **PLAINTIFF**<br>Kevin M. Donnelly d/b/a Catwalk Productions, d/b/a Catwalk Records | **DEFENDANT**<br>Wolf Records, Hannes Folterbauer and Joanne Larson |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| SR 92 766 | The Soul of Lefty Dizz | Plaintiff |
| PAG 785 985 | The Dozens | Plaintiff |
| | | |
| | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ]Amendment     [ ]Answer     [ ]Cross Bill     [ ]Other Pleading |
|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK**     **AUTHOR OF WORK** |
| | |

In the above-entitled case, a final decision was reached on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court attached.

| COPY ATTACHED<br>[ ] Other   [ ] Judgment | WRITTEN OPINION ATTACHED<br>[ ] Yes   [ ] No | DATE RENDERED |
|---|---|---|
| **CLERK**<br>Michael W. Dobbins | **(BY) DEPUTY CLERK**<br>Haydee Pawlowski | **DATE**<br>March 3, 2008 |