## United States District Court for the Northern District of Illinois

Case Number: 08cv1256        Assigned/Issued By: j. n.

Judge Name:                  Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                               ☐ Alias Summons

☐ Third Party Summons                   ☐ Lis Pendens

☐ Non Wage Garnishment Summons          ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____

☐ Citation to Discover Assets           (Victim, Against and $ Amount)

☐ Writ _____
         (Type of Writ)

2 Original and 2 copies on 5-6-08 as to wolf records; hannes folterbauer

---