IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Kevin M. Donnelly d/b/a Catwalk Productions, d/b/a Catwalk Records | | |
| vs. Wolf Records, Hannes Folterbauer and Joanne Larson | | Case Number   08 C 1256 |

### AFFIDAVIT OF SERVICE

I, Ryan Gatz, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 15 day of July, 2008, at 02:15 PM at 722 Grand Ave., Chicago, IL 60610, did serve the following document(s):

**Summons and Complaint**

Upon:   **Wolf Records c/o Joanne Larson**

By:   ☑ Personally serving to:   Joanne Larson

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 722 Grand Ave., Chicago, IL 60610 on

| Description: | Sex | **Female** | Race | **White** | Approximate Age | **45** |
|---|---|---|---|---|---|---|
| | Height | **5'7** | Weight | **135** | Hair Color | **Black** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Ryan Gatz
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL 60601
IL License #117-001101