STATE OF ILLINOIS

COUNTY OF COOK

## AFFIDAVIT OF SCOTT A. ANDRESEN

I, Scott A. Andresen, being duly sworn, depose and say that:

1. I am over 18 years of age and understand the obligations of an oath.

2. I am the sole shareholder of the law firm Andresen & Associates, P.C., which serves as counsel to Plaintiff Kevin M. Donnelly in this case.

3. Attached to this affidavit is a true accounting of the time and expenses that I put forth in connection with this case. My billing rate on this matter is $275.00 per hour.

4. In addition to the time and expenses set forth in the attachment to this affidavit, I estimate that Plaintiff will incur approximately $10,000.00 in attorneys fees and costs in enforcing the judgment against the Defendants in the United States and Austria.

5. The total attorneys fees, costs and expenses incurred by Andresen & Associates, P.C., related to this case equals $11,866.08 as of August 1, 2008.

6. I would testify in conformity to this affidavit if called to testify before a court of competent jurisdiction.

FURTHER AFFIANT SAYETH NAUGHT

_____
Scott A. Andresen

OFFICIAL SEAL
LESLIE L HEDGES
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/11

Subscribed and sworn to before me this
5th day of August, 2008.

_____
Notary Public

My Commission Expires  6-8-11

## Scott A. Andresen

**From:** Scott A. Andresen [scott@andresenlawfirm.com]
**Sent:** Friday, August 01, 2008 9:11 PM
**To:** 'Scott A. Andresen'
**Subject:** Andresen & Associates, P.C.--Statement of Account Through August 1, 2008 (Donnelly v. Wolf Records, et al)

Kevin-

Below is a statement of your account through today's date:

| | | | | |
|---|---|---|---|---|
| **Balance Brought Forward:** 2008) | | | $6909.58 | (Statement of March 3, |
| **New Expenses:** | | | $61.50 | |
| 5-6 | Parking, Courthouse | $25.00 | | |
| 7-9 | Parking | $12.50 | | |
| 7-16 | Parking | $24.00 | | |
| **New Charges:** | | | $4895.00 | |
| 3-4 | Emails to/from HF | | 0.5 | |
| 3-5 | VM from JL, Email reply | | 0.3 | |
| 3-9 | Email to defendants | | 0.1 | |
| 3-25 | Email to defendants | | 0.3 | |
| 3-26 | Call w/Dowd, review/reply to fax from HF | | 0.7 | |
| 4-1 | Email to defendants and Dowd | | 0.1 | |
| 4-2 | Emails to/from HF, JL and call w/JL | | 0.8 | |
| 4-3 | Email to/from HF | | 0.3 | |
| 4-4 | Emails to JL and Dowd | | 0.4 | |
| 4-8 | Consult with Card re misc issues | | 0.4 | |
| 4-10 | Email to HF | | 0.1 | |
| 4-18 | Email to HF | | 0.1 | |
| 4-24 | Email to HF | | 0.2 | |
| 4-29 | Email to HF | | 0.4 | |
| 4-30 | Email to/from HF, Research FRCP | | 0.8 | |
| 5-2 | Email to HF | | 0.2 | |
| 5-6 | Courthouse for service docs; mtng with process Server | | 2.0 | |
| 5-7 | Call w/ Madonia | | 0.3 | |
| 5-14 | Email to JM | | 0.1 | |
| 5-27 | Email to JM | | 0.1 | |
| 6-3 | " | | 0.1 | |
| 6-9 | " | | 0.1 | |
| 6-19 | Hague Convention Research | | 0.5 | |
| 7-1 | Call w/ process server | | 0.1 | |
| 7-2 | Email to process server | | 0.2 | |

8/1/2008

| | | |
|---|---|---|
| 7-9 | drop docs at process server | 0.8 |
| 7-16 | Court appearance, pick up process docs, draft motion for default docs | 4.3 |
| 7-19 | Revise motion for default and notice of motion, Prepare proposed order, affidavit, etc | 2.0 |
| 8-1 | Final revisions to court filings | 1.5 |
| | 17.8 Hours @ $275/Hour | $4895.00 |

**TOTAL AS OF AUGUST 1, 2008:**     $11,866.08


Scott A. Andresen
**Andresen & Associates, P.C.**
3025 North California Avenue
Suite 4 S.E.
Chicago, Illinois 60618
(773) 572-6049
(773) 572-6048 *Fax*
(312) 604-7206 *E-Fax*
(773) 562-9078 *Mobile*
www.ANDRESENLAWFIRM.com

--------------------------------------------------

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the name recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

8/1/2008

## Scott A. Andresen

**From:** Scott A. Andresen [scott@andresenlawfirm.com]
**Sent:** Monday, March 03, 2008 6:08 PM
**To:** 'Scott A. Andresen'
**Subject:** Andresen & Associates, PC- Statement of Account (Donnelly)

Kevin-

Below is a statement of your account. THIS IS NOT A BILL (though an invoice for expenses, per our agreement) was mailed today. This is merely current documentation of my time and expenses in the event that the Court in your matter would need an accounting of legal fees and such.

| Date | Description | Hours |
|---|---|---|
| 2-14 | In-person mtng with KD; research of Copyright Act and possible claims | 1.8 |
| 2-20 | Research re Wolf Records and J.Larson | 0.8 |
| 2-21 | Research; Draft email to potential defendants; draft letter to JAL ($10.42 USPS) | 2.0 |
| 2-26 | Email to/from Wolf Records | 0.3 |
| 2-27 | Deliver letter to JAL address; call with JAL; call with KD; Research | 1.3 |
| 2-28 | Research; Draft Complaint | 4.0 |
| 2-29 | Complete, revise and edit Complaint | 8.0 |
| 3-2 | Final revisions to Complaint; prepare for filing | 3.0 |
| 3-3 | File complaint in-person; fwd to defendants via USPS ($350 Filing Fee; $31.66 USPS/Transport) | 2.5 |

|  |  |
|---|---|
| 23.7 Hours @ $275/Hr | $6517.50 |
| Expenses | $392.08 |
| TOTAL | $6909.58 |

Scott A. Andresen
**Andresen & Associates, P.C.**
655 West Irving Park Road
Suite 3812
Chicago, Illinois 60613
(773) 572-6049
(773) 572-6048 *Fax*
(773) 562-9078 *Mobile*
www.ANDRESENLAWFIRM.com

--------------------------------------------------

This message is confidential, intended only for the named recipient(s) and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are notified that the dissemination, distribution or copying of this message is strictly prohibited. If you receive this message in error, or are not the name recipient(s), please notify the sender at either the e-mail address or telephone number above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege. Thank you.

7/16/2008

<u>ANDRESEN & ASSOCIATES, P.C.</u>
A PROFESSIONAL CORPORATION

March 3, 2008

Mr. Kevin Donnelly
5415 North Sheridan Road
Unit 5215
Chicago, IL 60613

**RE:    Donnelly v. Wolf Records, et al.
         Case No. 08C 1256**

Dear Kevin:

    Attached please find a copy of the complaint that was filed today in the above-captioned matter in the United States District Court for the Northern District of Illinois. I have forwarded copies to all of the co-defendants seeking a waiver of service. Should the defendants not agree to waive service, it will be necessary to effect service through process servers in Chicago and Vienna, Austria. It goes without saying that I am hopeful such formalities will not be necessary. I will advise you of any updates or communications regarding this matter.

    Per our agreement, below is a list of expenses incurred today. Please forward payment for same at your earliest convenience.

| | |
|---|---|
| * US Dist Ct (ND IL): Complaint Filing Fee: | $350.00 |
| * International and domestic postage fees: | $27.08 |
| * Parking/Transportation | $15.00 |
| | $392.08 |

    Please feel free to contact me with any questions or comments that you may have at (773) 572-6049.

Sincerely,

Scott A. Andresen