IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN M. DONNELLY (d/b/a Catwalk Productions, d/b/a Catwalk Records), An Individual, </br></br>  Plaintiff, </br></br> v. </br></br> WOLF RECORDS, HANNES FOLTERBAUER and JOANNE LARSON </br></br>  co-Defendants. | Case No. 08C 1256 </br></br> Assigned Judge: Judge NORGLE </br></br> Designated </br> Magistrate Judge: Judge ASHMAN |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JOANNE LARSON PURSUANT TO FRCP 41(a)(1)**

WHEREAS, Defendant Joanne Larson has not filed an answer or a motion for summary judgment in this action;

WHEREAS, no class has been certified in this action;

WHEREAS, no receiver has been appointed in this action;

WHEREAS, Plaintiff Kevin M. Donnelly has consented to dismiss this action only against Defendant Joanne Larson voluntarily and without prejudice; and

WHEREAS, Plaintiff Kevin M. Donnelly will continue this action against Defendants Hannes Folterbauer and Wolf Records.

NOW THEREFORE, NOTICE IS HEREBY GIVEN that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Kevin M. Donnelly dismisses this action against Defendant Joanne Larson only;

2. This dismissal is without prejudice.

Respectfully submitted,

*Scott A. Andresen*
_____
Attorney For Plaintiff

This 24th day of August, 2008

Scott A. Andresen, Esq.
(Illinois ARDC No. 6269335)

**ANDRESEN & ASSOCIATES, P.C.**
3025 North California Avenue
Suite 4 S.E.
Chicago, Illinois 60618-7009
Telephone: (773) 572-6049
Facsimile: (773) 572-6048

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of August, 2008, that I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system. I further hereby certify that I caused a true and correct copy of the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JOANNE LARSON PURSUANT TO FRCP 41(a)(1)** to be served upon the following non-CM/ECF participants via United States First Class Mail:

    JOANNE LARSON
    722 Grand Avenue, Chicago, IL 60610

    HANNES FOLTERBAUER
    via Joanne Larson (U.S. Based Representative)
    722 Grand Avenue, Chicago, IL 60610

    WOLF RECORDS
    via Joanne Larson (U.S. Based Representative)
    722 Grand Avenue, Chicago, IL 60610

*Scott A. Andresen*
_____
Attorney For Plaintiff

2