

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION 2008 AUG 25  PM 2: 42

CLERK
U.S. DISTRICT COURT

KEVIN M. DONNELLY (d/b/a Catwalk       )
Productions, d/b/a Catwalk Records),    )
An Individual,                          )
                                        )
       Plaintiff,                      )
                                        )  Case No. 08C 1256
       v.                              )
                                        )  Assigned Judge: Judge NORGLE
WOLF RECORDS, HANNES FOLTERBAUER        )
                                        )  Designated
       co-Defendants.                  )  Magistrate Judge: Judge ASHMAN
_____)  Filed: August 22, 2008

## NOTICE OF MOTION

TO:   HANNES FOLTERBAUER
      via Joanne Larson (U.S. Based Representative)
      722 Grand Avenue, Chicago, IL 60610

      WOLF RECORDS
      via Joanne Larson (U.S. Based Representative)
      722 Grand Avenue, Chicago, IL 60610

**FILED**

AUG 2 5 2008 TC
Aug 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE that on Friday, August 29, 2008 at 10:30 a.m. or as soon

thereafter as counsel may be heard, I will appear before Judge Charles R. Norgle in the

courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South

Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and

stead, and then and there present **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

**AND ORDER FOR PERMANENT INJUNCTION**, at which time and place you may appear,

if you see fit.

Respectfully submitted,

Scott A. Andresen

**ANDRESEN & ASSOCIATES, P.C.**
3025 North California Avenue
Suite 4 S.E.
Chicago, Illinois 60618-7009
Telephone: (773) 572-6049
Facsimile: (773) 572-6048