

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

2008 AUG 25 PM 2:41

CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| KEVIN M. DONNELLY (d/b/a Catwalk Productions, d/b/a Catwalk Records), An Individual, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 08C 1256 ) ) Assigned Judge: Judge NORGLE |
| WOLF RECORDS, HANNES FOLTERBAUER | ) ) ) Designated |
| co-Defendants. | ) Magistrate Judge: Judge ASHMAN ) Filed: August 24, 2008 |

## AMENDED NOTICE OF MOTION

TO:  HANNES FOLTERBAUER
via Joanne Larson (U.S. Based Representative)
722 Grand Avenue, Chicago, IL 60610

WOLF RECORDS
via Joanne Larson (U.S. Based Representative)
722 Grand Avenue, Chicago, IL 60610

FILED

AUG 25 2008 TC
AUG 25 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLEASE TAKE NOTICE that on Friday, August 29, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge Charles R. Norgle in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **PLAINTIFF'S AMENDED MOTION FOR DEFAULT JUDGMENT AND ORDER FOR PERMANENT INJUNCTION**, at which time and place you may appear, if you see fit.

Respectfully submitted,

*Scott A. Andresen* (signature)

Scott A. Andresen

**ANDRESEN & ASSOCIATES, P.C.**
3025 North California Avenue
Suite 4 S.E.
Chicago, Illinois 60618-7009
Telephone: (773) 572-6049
Facsimile: (773) 572-6048