**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Kevin M. Donnelly
                    Plaintiff,

v.                                          Case No.: 1:08−cv−01256
                                            Honorable Charles R. Norgle Sr.

Wolf Records, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 29, 2008:

    MINUTE entry before the Honorable Charles R. Norgle, Sr: Motion hearing and status hearing held on 8/29/2008. Defendant Joanne Larson is voluntarily dismissed pursuant to FRCP 41(a)(1). Amended Motion for Default Judgment [14] is granted. Previously filed Motion for Default judgment[12] is moot. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.